```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00422
  LAURA JEAN BAUSKE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-9633


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1. The case was filed on 01/09/08 .

     2. The case was dismissed without confirmation, 03/14/2008.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   NOT FILED            .00           .00
CHESTNUT HILLS CONDO ASS   SECURED         NOT FILED            .00           .00
DUPAGE COUNTY COLLECTOR    SECURED         NOT FILED            .00           .00
CHRYSLER FINANCIAL         UNSECURED       NOT FILED            .00           .00
DEBT CREDIT SERVICES       UNSECURED       NOT FILED            .00           .00
FIDELITY INFO CORP         UNSECURED       NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       NOT FILED            .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED            .00           .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
TRI STATE ADJUSTMENTS      UNSECURED       NOT FILED            .00           .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00         .00          .00           .00
PRINCIPAL PAID        .00          .00         .00          .00           .00
INTEREST PAID         .00          .00         .00          .00           .00
TOTAL PAID            .00          .00         .00          .00           .00
The Debtor's attorney, R DANIEL LYONS & ASSOC       , was allowed $       .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 06/27/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 00422 LAURA JEAN BAUSKE